IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JOHANNA M. KOOGLER,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner, Social Security Administration,<br><br>　　　　　　Defendant. | Case No. 11-CV-603-GKF-FHM |

## OPINION AND ORDER

Plaintiff's Motion Under Fed. R. Civ. P. 60 to Extend Time to Request Attorney Fees under 42 U.S.C. § 406(b), [Dkt. 27, 29] is before the undersigned United States Magistrate Judge for decision. The time for filing an objection to the motion has passed and the Commissioner has not filed an objection. The motion is GRANTED.

Plaintiff's counsel represents that although the Plaintiff has received a fully favorable decision from the Commissioner granting benefits on remand, a Notice of Award has not been received. Counsel requests an extension of time of 30 days after receipt of the Notice of Award in which to file an application for fees under 42 U.S.C. § 406(b). The undersigned finds that the request for extension of time is reasonable and in accordance with *McGraw v. Barnhart*, 450 F.3d 493, 496 (10th Cir. 2006).

Plaintiff's Motion Under Fed. R. Civ. P. 60 to Extend Time to Request Attorney Fees under 42 U.S.C. § 406(b), [Dkt. 27] is GRANTED. Counsel is granted 30 days after receipt of the Notice of Award in which to file an application for fees under 42 U.S.C. § 406(b).

SO ORDERED this 6th day of September, 2013.

FRANK H. McCARTHY
UNITED STATES MAGISTRATE JUDGE