### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF OKLAHOMA

JOHANNA M. KOOGLER

        Plaintiff,

vs.

CAROLYN W. COLVIN,
Acting Commissioner,
Social Security Administration,

        Defendant.

Case No. 11-CV-603-GKF-FHM

### OPINION AND ORDER

The Motion for Attorney Fees Under 42 U.S.C. § 406(b) filed by Plaintiff's counsel [Dkt. 32] is pending before the Court. The Motion is incomplete as it does not comply with the requirements of LCvR 3.7 which provides:

> Plaintiff's Motion for Attorney Fees filed in social security cases pursuant to 42 U.S.C. § 406(b) shall include the following forms: Certification of Notice to Plaintiff and Notice to Plaintiff. Both forms shall be made available on the Court's website.

Compliance with the foregoing requirements is due on or before February 28, 2014. Counsel is advised that failure to comply with this order may result in a recommendation that the motion be denied.

SO ORDERED this 6th day of February, 2014.

*Frank H. McCarthy*
FRANK H. McCARTHY
UNITED STATES MAGISTRATE JUDGE